**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ROUYES, BELONY | ) | **BANKRUPTCY CASE 09-15382** |
| ROUYES, CATHERINE M. | ) | **Chapter 7** |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Yellow Book Sales & Distribution, Inc. <br> c/o RMS Bankruptcy Recovery Services <br> P.O. Box 5126 <br> Timonium, Maryland 21094 | $2.42 |
| Claim #4 | Allen County Treasurer <br> One East Main Street, Room 104 <br> Fort Wayne, IN  46802-1811 | $ .27 |
| Claim #5 | Merchants Retail Credit Assoc., Inc. <br> Medical & Dental Business Bureau <br> P.O. Box 11285 <br> 333 E. Washington Blvd. <br> Fort Wayne, IN  46857 | $ .68 |
| Claim #8 | National Credit Systems, Inc. <br> P.O. Box 312125 <br> Atlanta, GA  31131 | $1.69 |
| Claim #9 | Sprint Nextel <br> Attn:  Bankruptcy Dept. <br> P.O. Box 7949 <br> Overland Park, KS  66207-0949 | $3.90 |
| Claim #12 | Galaxy Portfolios, LLC <br> MS 550 <br> P.O. Box 91121 <br> Seattle, WA  98111-9221 | $1.69 |
| Claim #13 | Lutheran Hospital of Indiana | $ .57 |

|  |  |  |
|---|---|---|
|  | P.O. Box 11729<br>Fort Wayne, IN  46860 |  |
| Claim #15 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ .61 |
| Claim #16 | Allied Physicians<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ .80 |
| Claim #17 | Redi Med<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ .77 |
| Claim #18 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ 1.79 |

Total Check Amount =  $15.19

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee